UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**KIMBERLY VANDERBILT and
WINSTON DECAMBRE,**

        **Plaintiffs,**

v.                                        Case No. 6:21-cv-173-ACC-GJK

**JOHN MINA in his official capacity
as Sheriff of ORANGE COUNTY,
JEREMY GATZY, and DERRICK
FARIAS RIOS,**

        **Defendants.**

## ORDER

This cause comes before the Court on Defendant Sheriff John Mina's Motion to Dismiss. (Doc. 29). In the Motion, Sheriff Mina moves to dismiss the negligence claim alleged against him in his official capacity as Sheriff of Orange County (Count III) in the Amended Complaint (Doc. 25 at 28).

Plaintiffs Kimberly Vanderbilt and Winston DeCambre have filed a Response to Sheriff Mina's Motion to Dismiss. (Doc. 42). In their Response, Plaintiffs state that they "do not oppose the Motion to Dismiss Count III, without prejudice, and respectfully reserve the right to amend the complaint to include counts against John W. Mina, in his official capacity as Sheriff of Orange County in the future as

- 2 -

discovery progresses." (*Id.* at 1). The Court notes that the deadline to amend passed on May 28, 2021. (Doc. 36).

Based on the foregoing, it is ordered as follows:

1. Defendant Sheriff Mina's Motion to Dismiss the Amended Complaint (Doc. 29) is **GRANTED**.

2. Count III is **DISMISSED** without prejudice.

3. The Clerk is **directed** to terminate as a party Defendant John W. Mina in his official capacity as Sheriff of Orange County.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on June 30, 2021.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record