## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

### CASE NO. 6:21-cv-00173-ACC-GJK

KIMBERLY VANDERBILT, in her
individual capacity, and WINSTON
DECAMBRE, in his individual
capacity,

     Plaintiffs,

vs.

JEREMY GATZY, in his individual
capacity, and DERRICK FARIAS
RIOS, in his individual capacity,

     Defendants.

                                      /

### DEFENDANTS' UNOPPOSED MOTION
### FOR VETERINARY EXAMINATION

DEFENDANTS, JEREMY GATZEY, in his individual capacity, and

DERRICK FARIAS RIOS, in his individual capacity, pursuant to Fed. R. Civ. P.

35, hereby file this Motion seeking a Court Order requiring Plaintiffs, KIMBERLY

VANDERBILT and WINSTON DECAMBRE, to submit their pet pit bull "Audi"

to a veterinary examination to be performed by veterinarian, Daniel A. Hill, DVM,

and in support thereof state:

Case 6:21-cv-00173-ACC-GJK   Document 45   Filed 12/06/21   Page 2 of 5 PageID 289

# INTRODUCTION

1.      Plaintiffs have sued Defendants pursuant to 42 U.S.C.§ 1983 alleging the Defendants searched their property and seized Audi in violation of the Fourth Amendment.  [Doc.25, Amended  Complaint].

2.      Plaintiffs are seeking compensatory damages for Audi's injuries to include nerve damage, a permanent limp due to remaining bullet fragments, and gastrointestinal complications. [Doc. 25, ¶¶ 85, 93].

3.      The extent of Audi's neurological, musculoskeletal, and gastrointestinal injuries related to the shooting are in controversy.

4.      A veterinary examination to be performed by a qualified veterinarian is necessary for Defendants to adequately evaluate Audi's condition.

5.      For good cause, Defendants seek an Order requiring that Plaintiffs submit Audi to a veterinary examination to be performed by Daniel A. Hill, DVM, who is a licensed veterinarian practicing in Orlando, Florida.  Defendants seek to have Dr. Hill perform a veterinary examination of Audi, to include: 1) clinical observation, physical manipulation, and x-rays to assess Audi's neurological and musculoskeletal condition; and 2) blood tests and stool samples to assess organ function and gastrointestinal condition.

6.      Defendants seek the examination to occur on Monday, December 20, 2021 beginning at 11:30 a.m.; Tuesday, December 21, 2021 at 10:00 a.m.; or Wednesday, December 22, 2021 at 10:00 a.m. at the office of Underhill Animal Hospital located at 4900 Lake Underhill Rd., Orlando, FL 32807.  The date selected will be coordinated with Plaintiffs.  The duration of the examination will be one hour, excluding pre-examination administrative matters. The parties have agreed that Plaintiffs may accompany Audi during the examination and that Plaintiffs may withhold consent to sedation should Dr. Hill determine that sedation is necessary to obtain x-rays. If Plaintiffs choose to attend the examination, Plaintiffs will not interfere with or impede Dr. Hill in the performance of the examination.   The parties have further agreed that Dr. Hill will create a record of the examination with his observations and veterinary assessment of Audi and furnish such record to Plaintiffs within ten (10) days of the examination.  There are no other material conditions to the examination at issue.

## CERTIFICATION PURSUANT TO LOCAL RULE 3.01(g)

Undersigned counsel has conferred with opposing counsel regarding the time, place, manner, scope and conditions of the examination. Plaintiffs have consented to an examination within the parameters described herein.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 6, 2021, I electronically filed the foregoing with the Clerk of the Courts by using the CM/ECF system which will send a notice of electronic filing to the following parties: Heidi M. Mehaffey, Esquire, Robert N. Hartsell, P.A., 61 NE 1st Street, Suite C, Pompano Beach, FL 33060; Marcy I. LaHart, Esquire, Marcy I. LaHart, P.A., 207 SE Tuscawilla Road, Micanopy, FL   32667 (heidimehaffey@gmail.com;  Heidi@Hartsell-Law.com; marcy@floridaanimallawyer.com; ecboanimallaw@gmail.com).

s/ Brian F. Moes
Walter A. Ketcham, Jr., Esquire
Florida Bar No. 156630
Brian F. Moes, Esquire
Florida Bar No.  39403
G. Ryan Dietrich, Esquire
Florida Bar No. 1007940
Counsel for Defendants
Ketcham, Eide, Telan, Meltz & Wallace, P.A.
PO Box 538065

Orlando, FL  32853-8065
Phone:     (407) 423-9545
Fax:       (407) 425-7104
Email:     waketcham@ketmw.com
             bfmoes@ketmw.com
             grdietrich@ketmw.com
             enotice@ketmw.com
             aremedios@ketmw.com

14156/583