UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KIMBERLY VANDERBILT and
WINSTON DECAMBRE,

    Plaintiffs,

v.      Case No.   6:21-cv-173-ACC-GJK

JEREMY GATZY and DERRICK
FARIAS RIOS,

    Defendants.

## MEDIATION STATEMENT

Plaintiffs file this Mediation Statement pursuant to this Court's Order, D.E. 47, and advises that upon agreement by all parties the mediation that was scheduled on December 8, 2021, before Mark Walker was postponed until a future date. The parties will confer and select a new mediation date prior to the mediation deadline of February 28, 2022, per this Court's Case Management Schedule, D.E. 36.

Dated: January 11, 2022

/s/Marcy I. LaHart, Esq.
Marcy I. LaHart, Esq.
Florida Bar No. 0967009
Marcy@floridaanimallawyer.com

MARCY I. LAHART, P.A.
207 SE Tuscawilla Road
Micanopy, FL 32667
(352) 545-7001

Respectfully Submitted:

/s/ Heidi M. Mehaffey, Esq.
Heidi M. Mehaffey, Esq.
Florida Bar No. 118806
Heidi@Hartsell-Law.com
Robert N. Hartsell, Esq.
Florida Bar No. 636207
Robert@Hartsell-Law.com

ROBERT N. HARTSELL, P.A.
61 NE 1st Street, Suite C
Pompano Beach, Florida 33060
(954) 778-1052

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 11th day of January 2022, I filed the foregoing with the Clerk of the Courts using the CM/ECF system which will send a notice of electronic filing to: Counsel for Defendants, Fisher, Rushmer, P.A.: Brian F. Moes at bmoes@fisherlawfirm.com, Walter A. Ketcham, Jr. at wketcham@fisherlawfirm.com, G. Ryan Dietrich at rdietrich@fisherlawfirm.com.

/s/ Heidi M. Mehaffey, Esq.
Heidi M. Mehaffey, Esq.
Florida Bar No. 118806
Heidi@Hartsell-Law.com