UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

6:21-cv-00173-ACC-GJK

KIMBERLY VANDERBILT, in her
individual capacity, and WINSTON
DECAMBRE, in his individual
capacity,

**PLAINTIFF(S)**
V.

JEREMY GATZY, in his individual
capacity, and DERRICK FARIAS
RIOS, in his individual capacity,

**DEFENDANT(S)**
_____/

**MEDIATION DISPOSITION REPORT**

A Mediation conference was conducted on 2/15/2022 . The conference resulted in the following:

✓ The parties reached an agreement.
___ The parties did not reach an agreement.
___ The conference has been adjourned.
___ Other

Dated 2/15/2022

Respectfully submitted,
**Tom Mihok, Mediator**
Mediator # **32937R**
200 E. Robinson Street Suite 700
Orlando, Florida 32801
Business Phone: 407-649-9495
Toll-Free: 800-851-9173
Fax: 407-649-8698